No. 17-70012

# In the
# United States Court of Appeals
# For the Fifth Circuit

Steven Lawayne Nelson,
*Petitioner-Appellant*,

v.

Bobby Lumpkin, Director, Texas Department of Criminal Justice,
Correctional Institutions Division,
*Respondent-Appellee*,

On Appeal from the United States District Court
For the Northern District of Texas, Fort Worth Division
Civ. Action No. 4:16-cv-904-A

**UNOPPOSED MOTION FOR 14-DAY EXTENSION TO FILE PETITION FOR REHEARING**

Petitioner-Appellant Steven Nelson makes this unopposed Motion for a 14-day extension to file his petition for rehearing,[1] which is currently due on June 14, 2023. He does not do so for the purposes of delay. His primary counsel, Lee Kovarsky, is on a pre-planned vacation with his family from July 4 to July 17, 2023,

---

[1] Mr. Nelson is not yet certain that the rehearing petition will be denominated as a petition for rehearing *en banc*, although he expects that to be the case. But to avoid a situation in which he has requested an extension to file an *en banc* rehearing petition but he ends up filing a panel rehearing petition, he refers only to a "petition for rehearing" in this Motion. The two would be due on the same day, so the distinction is immaterial for the purposes of the relief requested here.

and he will be out of the country for most of that time. He also has a draft of a case book due to his publisher on July 14. Should the Court grant this extension, the rehearing petition would be due on Friday, July 28, 2023.

## PERTINENT FACTS AND PROCEDURAL HISTORY

This is a capital case in which Mr. Nelson was convicted for capital murder and sentenced to death. Texas state courts denied relief and he filed a federal habeas petition. On March 29, 2017, the district court ruled against him on all arguments. ROA.3843-44. On October 27, 2017, Mr. Nelson filed an Application for a Certificate of Appealability ("COA") in this Court. On March 12, 2020, this Court granted a COA on an ineffective-assistance-of-counsel ("IATC") claim, deferred decisions on Mr. Nelson's motions under § 3599(f) and for a stay, and denied a COA on all other claims. *Nelson v. Davis*, 952 F.3d 651 (5th Cir. 2020). On June 30, 2023, this Court denied all relief, including relief on the IATC claim for which it had certified an appeal. *Nelson v. Lumpkin*, No. 17-70012, 2023 WL 4286171, at *1 (5th Cir. June 30, 2023). This Motion follows.

## ARGUMENT

Undersigned counsel Lee Kovarsky gave oral argument in this case and will have primary drafting responsibilities on a petition for rehearing, but he is currently traveling with his family. He is in New York for the wedding of one of its best friends until July 7, 2023, will visit his mother-in-law in New Jersey for two days thereafter,

and will then be out of the country on a long-planned family vacation from July 9 to the 17th. The travel is the major reason for requesting the extension, but it is also worth noting that he has a July 14 deadline for a draft of the second edition of his habeas corpus case book. This Motion seeks only a 14-day extension necessary to draft the rehearing petition as soon he returns on July 17.

    Mr. Nelson believes there are reasons warranting the filing of such Motion, which is not for the purposes of delay.

Respectfully submitted,

<u>/s/ Lee B. Kovarsky</u>
Lee B. Kovarsky
Phillips Black, Inc.
727 East Dean Keeton Street
Jon 5.231
Austin, TX 78705
(434) 466-8257
l.kovarsky@phillipsblack.org

## Certificate of Compliance

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) and the word limit of Fed. R. App. P. 5(c)(1) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 505 words.

This document complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally-spaced typeface using Microsoft Word in size 14 font in Times New Roman.

/s/ Lee B. Kovarsky
Lee B. Kovarsky
Counsel to Petitioner-
  *Appellant Steven Lawayne Nelson*
Dated: July 5, 2023

## Certificate of Conference

I certify that on Saturday, July 1, 2023, I communicated via email correspondence with William Cole, counsel for Respondent-Appellee, who indicated that the Director does not oppose this motion.

/s/ Lee B. Kovarsky
Lee B. Kovarsky

## Certificate of Service

On July 5, 2023, undersigned counsel served this document via CM/ECF on William Cole, counsel for Respondent-Appellee.

/s/ Lee B. Kovarsky
Lee B. Kovarsky